Reinhold Hertzberg, Plaintiff-Appellee, v. Mae Betz, Defendant-Appellant.
Mae Betz, Counterclaimant-Appellant, v. Reinhold Hertzberg, Counterdefendant-Appellee.

Gen. No. 10,636.

Dyer & Dyer, for appellant; T. R. Johnston, for appellee. Opinion by JUSTICE WOLFE. Not to be published in full. Opinion filed December 30, 1952; released for publication January 16, 1953.